**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:16-cv-1248-J-34PDB

ROBERT SCHOENFELD, a distributee of
the Estate of Steven Schoenfeld,

    Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. In light of the stay of the deadline to respond to the summary judgment motion that was requested due to the lapse in appropriations, see Order (Dkt. No. 67), and the additional briefing granted by the Court, see Order (Dkt. No. 70), the undersigned finds it necessary to continue the final pretrial conference and trial in this matter. Accordingly, it is

**ORDERED:**

The following deadlines shall apply:

| | |
|---|---|
| All Other Motions Including Motions In Limine | JULY 29, 2019 |
| Responses to All Other Motions Including Motions In Limine | AUGUST 12, 2019 |
| Joint Final Pretrial Statement | AUGUST 12, 2019 |
| Final Pretrial Conference | AUGUST 19, 2019 10:00 A.M. |
| Trial Term Begins | SEPTEMBER 3, 2019 9:30 A.M. |

| Estimated Length of Trial | 3 days |
|---|---|
| Jury/ Non-Jury | Jury |

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of March, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record