**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA　　　　　　　CASE NO.  3:16-cv-1248-J-34PDB
v.
ROBERT SCHOENFELD, a distributee
of the Estate of Steven Schoenfeld

Counsel for Plaintiff:　　　　　　　　　　　Counsel for Defendant:
Kari Powell　　　　　　　　　　　　　　　Harris Bonnette, Jr.
Robert Silverblatt

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles　　　　Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF: TELEPHONIC STATUS CONFERENCE

Discussion regarding advancing the case on the Court's trial calendar.

The parties anticipate 2-3 days for trial including jury selection.

No later than **July 8, 2019**, the parties shall file a notice advising the Court of whether they consent to the Magistrate Judge selecting the jury.

If the parties consent, jury selection will begin at 9:00 a.m. on August 7, 2019, and opening statements and evidence will begin that afternoon before Judge Howard.

**Order Scheduling Trial to enter.**

DATE: July 2, 2019　　　　TIME: 3:02 p.m. - 3:27 p.m.　　　TOTAL: 25 Minutes