IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT SCHOENFELD, a distributee of )<br>the ESTATE OF STEVEN SCHOENFELD, )<br>)<br>Defendants. )<br>_____) | Case No. 3:16-cv-01248-MMH-PDB |

## **LIMITED CONSENT TO MAGISTRATE JURISDICTION**

The parties jointly consent to the jurisdiction of the Magistrate Judge for the limited purpose of jury selection. The parties understand that the District Court will preside over the trial.

Dated: July 8, 2019

                                              RICHARD E. ZUCKERMAN
                                              Principal Deputy Assistant Attorney General
                                              Tax Division

                                              */s/ Kari A.R. Powell*
                                              KARI A.R. POWELL
                                              ROBERT S. SILVERBLATT
                                              Trial Attorneys, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 14198
                                              Washington, D.C. 20044
                                              202-514-6068 (v)
                                              202-514-4963 (f)
                                              Kari.Powell@usdoj.gov
                                              Robert.S.Silverblatt@usdoj.gov

                                              */s/ Harris L. Bonnette, Jr.*
                                              HARRIS L. BONNETTE, JR.

>Florida Bar No. 846740
>Fisher, Tousey, Leas & Ball, P.A.
>501 Riverside Ave., Suite 600
>Jacksonville, Florida 32202
>904-356-2600 (v)
>904-355-0233 (f)
>hbonnette@fishertousey.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been electronically filed this 8th day of July, 2019 with the Court via CM/ECF, which will serve an electronic copy on all counsel of record.

>*s/ Kari A.R. Powell*
>KARI A.R. POWELL
>Trial Attorney