**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No. 3:16-cv-1248-J-34PDB

ROBERT SCHOENFELD, a distributee of
the Estate of Steven Schoenfeld,

    Defendant.
_____/

## ORDER SCHEDULING TRIAL

1. A final pretrial conference is set for **Monday, July 29, 2019, at 2:00 p.m.** before the undersigned in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

2. The parties shall file any motions in limine by **July 15, 2019**, and responses are due no later than **July 23, 2019**.

3. The parties shall file their joint final pretrial statement by **the close of business on July 22, 2019**.

4. With the consent of the parties, Jury Selection shall commence on **Wednesday, August 7, 2019, at 9:00 a.m.** before the Honorable Patricia D. Barksdale, United States Magistrate Judge, in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. Opening statements and evidence will begin that afternoon at **1:30 p.m.** before the undersigned in Courtroom 10B.

5. Each party shall file the following with the Clerk of the Court: proposed **Jury Instructions**, proposed **voir dire**, a proposed **brief statement of the case** to

be read to the venire, and a proposed **verdict form**, **no later than August 2, 2019**. Please e-mail your proposed jury instructions to: chambers_flmd_howard@flmd.uscourts.gov.

6. Final witness lists and exhibit lists shall be filed **no later than the close of business on August 6, 2019**. All exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Local Rule 3.07. An extra copy of the exhibits must be provided to the Court.

7. Any demonstrative exhibits which either party plans to use at trial shall be shown to opposing counsel no later than 72 hours prior to trial.

8. Counsel, parties and witnesses appearing in Court shall dress appropriately.

9. Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by calling Jodi Wiles, Courtroom Deputy, at 904-301-6750.

10. All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice. Counsel are **GRANTED** permission to use their equipment within the courthouse facilities.[1]

**DONE AND ORDERED** in Jacksonville, Florida on July 9, 2019.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

---

[1] Cell phones must be turned off while in the courtroom.

ja

Copies to:

Counsel of Record
Court Security Officers
Jury Administrator

Attachments:

Civil Jury Trial Procedures
Court's Instructions to Counsel Re: Jury Selection (Civil)
Instructions Regarding the Pre-Marking of Exhibits