**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ROBERT SCHOENFELD, a distributee of )<br>the Estate of Steven Schoenfeld, )<br>Defendant. )<br> ) | Case No. 3:16-cv-1248-MMH-PDB |

**DEFENDANT'S RULE 26(e) SUPPLEMENTATION OF INITIAL DISCLOSURES**

Defendant, Robert Schoenfeld, by and through his undersigned attorneys, pursuant to Rule 26(e)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 3.05(d), hereby voluntarily[1] supplements his pre-discovery initial disclosures.

### I. Rule 26(a)(1)(A)(i) Disclosure of Witness

**The name, address, and telephone number of each individual likely to have discoverable information that the United States may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

Susan Brubaker
4300 South Beach Pkwy., Unit 1311
Jacksonville Beach, FL 32250

Susan Brubaker was Robert Schoenfeld's partner for a number of years, including 2008, and personally witnessed Steven Schoenfeld on a daily basis. Susan took Steven to and

---

[1] Supplementation is not required, as here, "if the additional or corrective information has…otherwise been made known to the other parties during the discovery process." As explained in further detail herein, the identity of Susan Brubaker was made known to Plaintiff, and, indeed, Plaintiff contacted and telephonically interviewed Ms. Brubaker.

from medical appointments and often cared for Steven while Robert was working. Susan possesses first-hand, general knowledge as to Steven's mental capacity, health, and general welfare.

## II. Voluntariness of Supplementation of Disclosure

Pursuant to Rule 26(a)(1), a party must disclose to the other party the identity of each individual "likely to have discoverable information" along with the subjects of that information. Pursuant to Rule 26(e), a party who has made Rule 26(a) disclosures, must supplement its disclosure in "a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect." See Fed. R. Civ. P. 26(e)(1)(A).

However, no such supplementation is *required* if "additional or corrective information has not otherwise been made known to the other parties during the discovery process." Id. During the course of the discovery process, Plaintiff was made aware of the identity of Susan Brubaker, as well as the nature of her relationship with Steven Schoenfeld. In fact, Plaintiff contacted Ms. Brubaker and telephonically interviewed Ms. Brubaker. Because Ms. Brubaker's identity, contact information, and general subject matter knowledge had been made known to Plaintiff, Defendant was not required by Rule 26(e)(1)(A) to supplement or otherwise correct its initial Rule 26(a)(1) disclosures to include Ms. Brubaker as an "individual likely to have discoverable information."

With regard to Ms. Brubaker being called as a witness, this Court's July 9, 2019, Order Scheduling Trial (Docket No. 77), states that the parties' final witness lists "shall be filed no later than the close of business on August 6, 2019." As such, disclosure of Ms. Brubaker is not *technically* required by Rule 26(e)(1)(A), nor is it dilatory based upon the Court's July 9,

2019, Order. Nevertheless, Plaintiff expressed concern that Defendant had not disclosed Ms. Brubaker on the record of the Court; therefore, Plaintiff respectfully submits this voluntary supplementation to its initial Rule 26(a)(1) disclosures.

                                              **FISHER, TOUSEY, LEAS & BALL, P.A.**

Date: July 17, 2019          By: _____
                                              HARRIS L. BONNETTE, JR.
                                              Florida Bar No. 846740
                                              501 Riverside Avenue, Suite 600
                                              Jacksonville, Florida 32202
                                              Telephone: (904) 356-2600
                                              Primary email: hlb@fishertousey.com
                                              Primary email: ssa@fishertousey.com
                                              Secondary email: mlm@fishertousey.com
                                              Secondary email: naw@fishertousey.com

                                              Attorney for Defendant, Robert Schoenfeld

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of July, 2019, I electronically filed the foregoing with the Clerk of Court by using the PACER system, which will send a notice of electronic filing to the following counsel of record: (1) David A. Hubbert, Acting Assistant Attorney General, Tax Division, United States Department of Justice, 950 Pennsylvania Avenue, NW, Room 4603, Washington, D.C. 20530, and (2) Kari A.R. Powell and Robert S. Silverblatt, Tax Division, United States Department of Justice, P.O. Box 14198, Ben Franklin Station, Washington, D.C., 20044.

_____
Harris L. Bonnette, Jr.