IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-1248-MMH-PDB |
| | ) | |
| ESTATE of STEVEN SCHOENFELD and | ) | |
| ROBERT SCHOENFELD, a distributee of | ) | |
| the Estate of Steven Schoenfeld, | ) | |
| Defendants. | ) | |
| _____ | ) | |

### **NOTICE OF FILING DEPOSITION TRANSCRIPT**

At the pre-trial hearing in this case which occurred on Monday, July 20, 2019, the Court

directed the undersigned to file the deposition transcript of Dr. Ana Jorquera. That transcript is

attached.

FISHER, TOUSEY, LEAS & BALL, P.A.

Date: July 31, 2019      By: _____

HARRIS L. BONNETTE, JR.
Florida Bar No. 846740
501 Riverside Avenue, Suite 600
Jacksonville, Florida 32202
Telephone: (904) 356-2600
Primary email: hlb@fishertousey.com
Primary email: ssa@fishertousey.com
Secondary email: dsv@fishertousey.com
Secondary email: mlm@fishertousey.com

Attorney for Defendant, Robert Schoenfeld

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2019, I electronically filed the foregoing with the Clerk of Court by using the PACER system, which will send a notice of electronic filing to the following counsel of record: (1) David A. Hubbert, Acting Assistant Attorney General, Tax Division, United States Department of Justice, 950 Pennsylvania Avenue, NW, Room 4603, Washington, D.C. 20530, and (2) Kari A.R. Powell and Robert S. Silverblatt, Tax Division, United States Department of Justice, P.O. Box 14198, Ben Franklin Station, Washington, D.C., 20044.

_____

Harris L. Bonnette, Jr.

2

Atkinson-Baker Court Reporters
www.depo.com

1

2          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF FLORIDA

3

4                    Case No. 3:16-cv-1248-MMH-PDB

5
                                    CERTIFIED COPY
6  UNITED STATES OF AMERICA,
        Plaintiff,
7        v.
   ESTATE OF STEVEN SCHOENFELD
8  and ROBERT SCHOENFELD,
   as distributee of the Estate of
9  Steven Schoenfeld,
        Defendants.
10 _____/

11

12          Deposition of DR. ANA JORQUERA, taken

13 on behalf of the plaintiff herein, pursuant to

14 Notice of Deposition, at 8:08 a.m., on Friday,

15 August 18, 2017, at 9765 San Jose Boulevard,

16 Suite 105, Jacksonville, Duval County, Florida,

17 before Carol DeBee Martin, Notary Public in and

18 for the State of Florida at Large.

19

20               AtkinsonBaker
             800.288.3376 / main
21           800.925.5910 / fax
               www.depo.com
22

23

24

25 JOB AB0868E

```
 1  APPEARANCES:

 2           KARI A. R. POWELL, ESQUIRE,

 3           Trial Attorney, Tax Division

 4           U.S. Department of Justice

 5           Post Office Box 14198

 6           Washington, D.C.  20044

 7           (202) 514-6068

 8           Kari.Powell@usdoj.gov

 9

10           attorney for the plaintiff.

11

12           HARRIS L. BONNETTE, JR., ESQUIRE,

13           and SCOTT ST. AMAND, ESQUIRE,

14           Fisher, Tousey, Leas & Ball, P.A.

15           501 Riverside Avenue, Suite 600

16           Jacksonville, Florida  32202-4937

17           (904) 356-2600

18           hbonnett@fishertousey.com

19           ssa@fishertousey.com

20

21           attorneys for the defendants.

22  ALSO PRESENT:

23           ROBERT SCHOENFELD

24

25
```

Atkinson-Baker Court Reporters
www.depo.com

```
1                      I N D E X

2  WITNESS:                              PAGE:

3  DR. ANA JORQUERA

4           Direct Examination

5           By Ms. Powell                    4

6           Cross-Examination

7           By Mr. Bonnette                 33

8                      — — —

9

10                E X H I B I T S

11 NUMBERS:                              PAGE:

12 Plaintiff's Exhibit No. 1

13 (Letter from Ana M. Jorquera, M.D., to

14 To whom it may concern dated

15 August 22, 2012)                        22

16

17 Plaintiff's Exhibit No. 2

18 (Letter from Ronald A. McBride, EA,

19 to Mr. Ken Chatham, Manager, dated

20 August 24, 2012)                        30

21

22                      — — —

23

24

25
```

Atkinson-Baker Court Reporters
www.depo.com

1               DR. ANA JORQUERA,

2  having been produced and first duly sworn as a

3  witness on behalf of the plaintiff, and after

4  responding, "I do," to the oath, testified as

5  follows:

6               DIRECT EXAMINATION

7  BY MS. POWELL:

8      Q    Okay.  We're now on the record in the

9  case of the United States versus the Estate of

10 Steven Schoenfeld, et al.

11     A    Okay.

12     Q    My name is Kari Powell, and I represent

13 the United States in this action.  I appreciate you

14 being here today.

15     A    Thank you.

16          MS. POWELL:  Could we go around the

17      room and have everyone introduce themselves

18      for the record?

19          THE WITNESS:  Yes.  I am Ana M. Jorquera,

20      J-o-r-q-u-e-r-a, a neurologist.

21          MR. SCHOENFELD:  Robert Schoenfeld,

22      S-c-h-o-e-n-f-e-l-d.

23          MR. BONNETTE:  Harris Bonnette.

24          MR. ST. AMAND:  Scott St. Amand.

25          COURT REPORTER:  Carol Martin.

1          MS. POWELL:  Thank you.

2 BY MS. POWELL:

3     Q    Okay.  Dr. Jorquera, have you reviewed any

4 documents in prepraration for your testimony today?

5     A    No.  Because I do not have anything

6 available.

7     Q    No?

8     A    So -- I don't.

9     Q    You don't have anymore records related to

10 --

11     A    I have one for a follow-up -- I think --

12 from 2011.

13     Q    -- okay.

14     A    I don't think -- I don't have anything

15 else.

16     Q    Okay.  And, was that because of just

17 regular retention policies?

18     A    Uh-huh.

19     Q    Have you been deposed before?

20     A    Yeah --

21     Q    Okay.  So you're probably already familiar

22 --

23     A    -- but -- but not -- not by the Department

24 of Justice.  I'm a little bit intimidated now.

25     Q    -- don't be.  You probably already know

Atkinson-Baker Court Reporters
www.depo.com

1  all of this, but, just to kind of set forth a few

2  general ground rules to make you feel more

3  comfortable --

4      A    Sure.

5      Q    -- before we get into questions, you're

6  under oath as you would be as a witness in a trial.

7      A    I understand.  Yeah.  Understand.

8      Q    The court reporter is going to be taking

9  down your testimony word for word.

10     A    I know.

11     Q    Okay.  Please don't hesitate to let me

12 know if any of my questions are confusing or you

13 need me to rephrase anything --

14     A    Sure --

15     Q    -- or speak up.  If you need to take a

16 break at any point, please just let me know.

17     A    -- sure.

18     Q    Is there anything that may prevent you

19 from understanding or answering my questions today?

20     A    I don't think so.

21     Q    Okay.  Dr. Jorquera, did you know someone

22 by the name of Steven Schoenfeld?

23     A    Yes.

24     Q    And, how did you know him?

25     A    I saw -- I saw him for the -- for the

Atkinson-Baker Court Reporters
www.depo.com

1 first time I think it was in 2002.  I was --

2 I -- I was asked to see him in the ER at

3 St. Luke's -- what is now St. -- St. Vincent's --

4 and I saw him for the -- for the first time.

5     Q    I see.  Did you work at the ER, or were

6 you called in?

7     A    I was on call --

8     Q    You were on call.

9     A    -- at that time.

10     Q    And, why did he present to the ER in

11 2002?

12     A    I don't remember a lot of that.

13     Okay?

14     So I know that he was having a lot of

15 other issues besides the -- besides the one in my

16 -- in my area.

17     I remember that he did have a lot of

18 heart issues and vascular issues, and, if I am not

19 recalling that in a wrong way, I think that I was

20 asked to see him because of -- because of some

21 weakness in coordination and in balance.

22     Q    Okay.  So you recall then, in 2002,

23 you believe, because of the symptoms of weakness in

24 coordination and balance?

25     A    More or less.

```
1       Q    And, after that initial meeting, did you
2  take him on as a patient?
3       A    Yes.
4       Q    And, when did your relationship with
5  Mr. Schoenfeld end?
6       A    As I said, I think -- I think that
7  I saw him last the last -- the last time in 2011.
8            I think that he was not able to do much
9  at home, and I don't think that it was easy for him
10 to be sent to the -- a doctor's office.
11           And, because -- and because I was not able
12 to add anything else to -- to his issues, I don't
13 think that I did ask him to -- to be seen, again.
14           I think that, after that, he was sent to a --
15 a nursing home, but I don't know.  I don't think I saw him
16 after that.
17      Q    After 2011?
18      A    Right.
19      Q    Okay.  Could you describe the nature
20 of your relationship with Steven Schoenfeld from
21 2002 to 2011?
22      A    In which sense?
23      Q    Well, how often did you see him?
24      A    I don't think I was seeing him often in --
25 in my office.  I think that I was seeing him more
```

1  often when he was sent to the ER.

2      Q     Okay.

3      A     I think that I was seeing him every time

4  that he went to the ER until -- until 2011.

5  I don't think that I saw him in the office often.

6      Q     Okay.

7      A     I cannot answer you that, if it was every

8  four months, every two months, every six months.

9  I don't recall that.

10      Q     Okay.  Do you recall if you had

11  recurring visits scheduled with him to monitor his

12  progress?

13      A     I think that I had it -- I had the

14  follow-ups basically for medications, because

15  I don't think that I was able to do anything for

16  him in a sense to make him better from my

17  standpoint.

18           So I think that I was seeing him just

19  for -- just for medications.

20      Q     I see.  And, what medications?

21      A     I think that he was -- I think that he

22  was on Gabapentin -- I think.  I think that he was

23  on -- Gabapentin is a -- a medication for

24  neuropathy -- okay -- and nerves issues and pain.

25      Q     Okay.

Atkinson-Baker Court Reporters
www.depo.com

1      A      And, also, I think that he was on Aricept

2 and Namenda -- not quite sure if I did start with

3 the Aricept and after that I did add Namenda,

4 or it was the vice -- the vice -- the vice versa.

5      Q      Okay  So, do Aricept and Namenda treat the

6 similar symptoms?

7      A      Yes, yes -- are -- are the two -- are the

8 two medications that we usually use for -- for --

9 for memory and dementia.

10      Q      Okay.

11      A      But I don't know exactly when I did start

12 those.

13      Q      Okay.

14      A      I don't know.

15      Q      Okay.

16      A      I mean I don't know.  I don't remember.

17      Q      Okay.  Do you know when you first met

18 Steven Schoenfeld whether he was already exhibiting

19 memory and dementia issues?

20      A      I don't remember.

21      Q      Okay.

22      A      I don't remember.

23          I think that he was so -- so physically

24 ill -- okay -- that -- that I was interested what

25 I could do from my standpoint, and -- and I don't

1 think that I did have the diagnosis of dementia

2 per se.

3          I don't recall if he was having memory

4 issues.  I know that he did have an -- an accent,

5 just like me, and, at times, it's not easy -- okay

6 -- to find -- to find out if you have dementia or

7 not, because the answers are not long answers --

8 okay -- short answers.

9          And it might be okay.  So I don't know.

10 I don't remember.  I'm sorry.

11     Q    Okay.  So, would it be fair to say then

12 that you typically saw Steven Schoenfeld when he

13 presented for acute issues at the ER?

14     A    Correct.

15     Q    Okay.  You already mentioned some,

16 but, just to make sure I'm aware of all,

17 what conditions did you treat him for?

18     A    Okay.  Initially, I recall that he was

19 having vascular issues in the heart, in the legs

20 and the head.

21          Okay?

22          So he was having basically evidence of

23 infarcts or evidence of a cerebral vascular

24 accident, vascular abnormaility, a Lacunar infarct

25 and diffuse s-t-r-o-k-e, strokes.

1      Q      Okay.  So the vascular issues appeared

2  to be the results of a stroke.

3      A      Yeah, or -- or the -- no.  The heart

4  vascular issues, the vascular issues in some other

5  areas, the effect also -- the arteries that did

6  affect the brain.

7      Q      I see.  Okay.  So it's hard to know what

8  caused what?

9      A      Right.  No, no, no.

10     Q      Okay.  So you treated Steven Schoenfeld

11 in the 2008 to 2009 range; is that correct?

12     A      I think so.  But I think, at that time

13 -- I remember that he was several -- several times

14 in the -- in the hospital, and I think that he was

15 having infection -- one infection after another

16 infection and then was having congestive heart

17 failure and had issues, infections everywhere.

18          So I saw in him that, because of those

19 added medical issues.  He was also displaying

20 mental issues, which -- he was not able to remember

21 things.

22          And, as a matter of fact, the last --

23 the last two or three times I saw him at the --

24 at the hospital, he was not able to recognize me,

25 and he always did that.

1          I mean he always -- as soon as I got into
2  the room at the hospital or in here, "Dr. Ana,
3  Dr. Ana," always, and, in the last few -- few
4  times, he did not.
5      Q    Okay.  And, if you had to estimate a year
6  when you saw him the last few times, what would you
7  say?
8      A    If I can say that I saw him last in 2009.
9  '11 maybe was before that or soon -- or soon after
10 at the hospital, at Memorial Hospital.
11     Q    Okay.  So sometime around 2011 --
12     A    I think that the last --
13     Q    -- is probably when?
14     A    -- I think so.  I don't know.  I don't know
15 for sure.
16     Q    Yes.  I understand it was a while ago,
17 and you have a lot of patients.
18          Do you know -- was he mobile?
19     A    Not much.  He did have a lot of physical
20 therapy at the hospital, at home.  He went to rehab
21 several, several occasions.
22     Q    Could he ambulate independently?
23     A    I don't think that he was able to do that.
24 I think that he was able to do some with a -- a walker.
25     Q    During the 2008 to 2009 period, would you

1  describe his physical condition as stable?

2      A   I don't think so.

3      Q   No.  And, again, I am focused more on

4  2008 and 2009, which I know is hard for you.

5      A   It's hard for me to --

6      Q   But I was curious what the state of his

7  memory was like.

8          Let's start with long-term.

9      A   2008 to 2009 -- as I said to you, the last

10  -- the last times that -- the few last -- the few

11  last times that I saw him, he was not doing well,

12  and I don't think that he was able to remember a

13  lot.

14          But I think that also that was due to all

15  the physical issues affecting him, and he was on a

16  lot of medications.

17      Q   And, did that seem to affect his short-term

18  memory or his long-term memory or both?

19      A   Both.

20      Q   Did he seem to understand the purpose

21  of his appointments?

22          Did he seem to understand why he was

23  in the hospital?

24      A   Not in the last few -- few times.

25  I don't think so.

1        Q     What about in the beginning?

2        A     At the beginning, I think so.  Yeah.

3   At the beginning, I think that he was -- he was

4   okay and happy, a happy guy.

5        Q     In the beginning, you said he knew your

6   name.

7        A     Yes.  Oh, yes.  Oh, yes.

8        Q     And he was coherent?

9        A     Yeah --

10       Q     Did he have Alzheimer's?

11       A     -- but that doesn't -- doesn't say that

12  if you are having issues with your memory or

13  recalling issues in the past.

14            Okay?

15            But, initially, he was very nice, very --

16  I mean pleasant, very funny, very funny guy.

17       Q     And, did he have Alzheimer's?

18       A     Did he have Alzheimer's?

19            Okay.  Dementia is a dementia --

20  Alzheimer's type or vascular or senile or aging or

21  because of injury.

22            Okay?

23            Senile dementia, Alzheimer's, is due when

24  you do not have any of those other issues.

25            Okay?

1        We are not able to find that you do have a

2   dementia because of aging, because of injury,

3   because of alcohol intake, because of -- of --

4   or because of some other vascular or other issues

5   such as hypertension, diabetes or vascular issues.

6        And he had all the -- vascular issues,

7   hypertension, diabetes -- I think.  I'm saying that

8   now, and I think so.  I'm not going to say that

9   100 percent.

10        So it means that he did have all the

11   vascular and other issues associated with dementia,

12   which is not senile dementia Alzheimer's type.

13       Q    Okay.

14       A    But it's dementia, and we use the same

15   -- the same -- the same medications, and you are

16   going to end up with the same issues regarding all

17   the mental and other issues associated with your

18   memory.

19       Q    So the pills that you mentioned earlier,

20   the Aricept and the Namenda --

21       A    Yes --

22       Q    -- do those treat Alzheimer's as well?

23       A    -- yes -- but also are being ordered for

24   all the other dementias.

25       Q    Okay.  I see.  During the 2008 to 2009

1 period, would you describe his mental condition as

2 stable?

3     A     I think that he was getting worse because

4 of -- of all the infections that he was having and

5 congestive heart failure and cardiac issues.

6     Q     Did you perform any cognitive testing

7 during that time?

8     A     No, I did not.

9           As far as I can recall, I don't think

10 that I sent -- I sent him out for a

11 neuropsychological assessment. I don't think so,

12 but I -- I might.

13     Q     And, do you recall why you didn't?

14     A     Because I didn't have an answer.  I mean

15 I -- I -- I did find that he did have all the --

16 he did have all the cognitive issues as the end

17 result of all the other medical issues.

18     Q     All right.  Was Steven Schoenfeld

19 responsive to his medication?

20     A     I don't think so.

21     Q     Why not?

22     A     Because not everybody respond to the

23 -- to the medications.

24     Q     And, were there other options available

25 or other medications to try?

Atkinson-Baker Court Reporters
www.depo.com

1     A     It was another medication, Exelon,
2 and something else, but I'm not sure if we did --
3 if we did add it.

4          I was concerned about his -- his other
5 medical issues, cardiac issues, vascular issues,
6 because, if we were not able to fix it sooner or
7 later, his -- his cognitive functions will be none.

8     Q     Did you coordinate his care with other
9 health care providers?

10     A     He -- he was seen by -- he was seen by
11 infectious disease Dr. P-e-l-l-a.  We talk several,
12 several times, and we talk also with his
13 cardiologist.  At that time, I think it was
14 Dr. Sotolongo.  I'm not sure if he -- if he was
15 seen by someone else.

16          And, also, he did -- he did have a care
17 -- he did have a care -- a care person all the time
18 with him, which, as far as I know, was the
19 significant other or the fiancee, whatever,
20 of Mr. Schoenfeld's son, who -- she was with him
21 I believe at all -- all times, and she was the one
22 that -- that was handling all his medical issues.

23     Q     Do you recall her name?

24     A     S-u-s-a-n, Susan -- last name?

25          I don't.

1      Q      Susan.  Okay.

2      A      She -- she was the one that was always

3  responsible for all the office appointments,

4  medications and pharmacy, PT, OT and all of that.

5      Q      Did you ever see Steven Schoenfeld present

6  to an appointment alone?

7      A      Alone?

8             No.  Ever.

9      Q      Who was with him?

10     A      With -- with Ms. Susan and occasionally

11  with his son.

12             I think that once it was someone else,

13  but I don't know which -- which one it was.

14  But she was always with him, always, always.

15     Q      Do you know if Steven Schoenfeld had

16  driving privileges when you first met him?

17     A      I don't recall.  I don't recall.  It has

18  been so many years ago.  So ...

19     Q      Turning to the business side of your

20  profession, are your patients required to complete

21  paperwork?

22     A      Yes.

23     Q      And, what kind of paperwork?

24     A      I mean all the -- all the past medical

25  history, the medications and why he is -- why he or

1  she is being -- is being seen and all that.

2          It's a form --

3      Q    Okay.

4      A    -- that every and each of the -- of the

5  patients has to -- has to sign and complete --

6  or the family, of course.

7      Q    Do you know if Steven Schoenfeld filled

8  out those forms?

9      A    I'm -- yeah.  I'm sure -- or the family.

10 I'm sure.

11         But, as I said to you, the first -- the

12 first time I saw -- I saw him it was not in the

13 office.

14     Q    Okay.

15     A    It was at the hospital.

16     Q    And so, at the ER, there is not the need

17 for --

18     A    Well, I --

19     Q    -- the hospital takes it?

20     A    -- the hospital?

21         Oh, yeah.  I'm assuming so.  Yeah, yeah.

22 Every patient -- when you go -- when you go to the

23 -- to the hospital or to have X-rays, MRIs or such,

24 you do have to fill -- to fill out information and

25 insurance and so on and so forth.

1      Q      Do patients have to sign certain

2  documents, for example, a HIPAA acknowledgment?

3      A      Yeah.  I'm not sure in 2002 if we had

4  that already implemented.  I don't -- I don't know.

5      Q      But, were there other documents that

6  he was required to sign?

7      A      Oh, yeah.

8      Q      Do you know if Steven Schoenfeld signed

9  those documents?

10     A      I'm assuming so.

11     Q      And, did Steven Schoenfeld pay you for

12  your services?

13     A      He paid with Medicare, and I think that

14  he did have other additional insurance.  I don't

15  know if he paid some -- all co-pays or something

16  else.  I don't know that.

17     Q      Who would you say managed Steven

18  Schoenfeld's care?

19     A      As far as I know, it was Susan and his

20  son.

21     Q      Okay.  I have a document I wanted to

22  show you and ask you questions about.

23     A      Sure.

24            MS. POWELL:  Carol, could you please

25       mark this as Exhibit 1?

Atkinson-Baker Court Reporters
www.depo.com

```
 1              COURT REPORTER:   Sure.   I'll put a sticker
 2      on it later.
 3              MS. POWELL:   Okay.
 4              COURT REPORTER:   There you go.
 5              (Whereupon, a copy of the letter from
 6      Ana M. Jorquera, M.D., to To whom it may
 7      concern dated August 22, 2012, last-above
 8      referred to was marked for identification as
 9      Plaintiff's Exhibit No. 1.)
10              MS. POWELL:   Mr. Schoenfeld, would you like
11      a copy?
12              MR. SCHOENFELD:   No.
13              MR. BONNETTE:   This is Exhibit 1?
14              COURT REPORTER:   Yes.
15              MR. BONNETTE:   Okay.   And this is a
16      one-page document?
17              MS. POWELL:   Yes.
18  BY MS. POWELL:
19      Q    Dr. Jorquera, do you recognize this
20  document?
21      A    Yeah.
22      Q    And, what is it?
23      A    It's a -- I was -- I was asked by
24  Mr. Schoenfeld's son to have something in writing
25  saying that, in my opinion, he was -- he was not
```

 1  able to make this decision on maintaining his own

 2  care, and I did so.

 3      Q    So he specifically asked for certain

 4  items to be addressed in that letter?

 5      A    Are you asking me if -- if the patient

 6  or the son?

 7      Q    The son.

 8      A    Sure.  Yeah.

 9      Q    And, do you recall when he approached

10  you about that?

11      A    I'm assuming that it was before the --

12  August 22nd in 2012.

13      Q    Okay.  And, is that your signature at

14  the bottom?

15      A    Yeah, it's mine.  That's me.

16      Q    And, what was the basis of your opinions

17  expressed in this note?

18      A    Well, at that time or for years --

19  and I don't know exactly for how many -- okay --

20  but he was sick for a long, long time.

21          I don't think that he got better since

22  I saw him initially in 2002.  I think that, in a

23  very slow fashion but surely, he was getting worse

24  or even having other medical issues added to the

25  initial one, and he was declining physically and

1  mentally.

2      Q     Did Robert Schoenfeld give you any context

3  for why he wanted this note?

4      A     As far as I can recall, I think that he

5  wanted to get all his -- all of the --

6  Mr. Schoenfeld's affairs in order.

7      Q     Do you know if this note had any specific

8  purpose it was intended for?

9      A     No.  He did not say that.  I did not ask

10 either.

11     Q     So, turning to the letter itself,

12 the second line says, "He has had several TIA's

13 ..."

14     A     Yeah.

15     Q     Okay.  What's a TIA?

16     A     Okay.  Here is what we -- what we call

17 a, "transient ischemic attack."  That is that you

18 are having signs and symptoms of a stroke, but it's

19 not a complete one.

20         You have symptoms, such as speech

21 impairment, visual impairment, falling, weakness or

22 numbness, but those resolve.

23         You do not have anything for --

24 for instance, in an hour -- I'm sorry -- 4 hours or

25 so, and you are back to your baseline.

1       Q      Could you estimate how many TIAs you think

2  he had?

3       A      A lot of them, but, again, I cannot say

4  how many, number one, because I -- I was not seeing

5  him as often, especially in the -- in the last --

6  in the last four or five years -- one.

7              Number two, unless you do MRIs all the time

8  or CAT scans, you are not able to know exactly if

9  what you did have was a TIA, or it was a complete

10 stroke.

11      Q      That makes sense.

12             Turning to the final sentence, it says,

13 "Since I have known this patient, it is my opinion

14 that he has not been capable of making decisions

15 ..."

16             What kind of decisions are you referring

17 to there?

18      A      For instance -- okay -- because of --

19 of all his medical issues, he was -- he was advised

20 to exercise, to lose weight, to eat well.

21             And he always answered, "I'm old, and I

22 don't want to do that."

23             Okay?

24             "I'm going to eat.  I'm going to eat

25 what -- what I want to eat, and I am going to eat

Atkinson-Baker Court Reporters
www.depo.com

1  now.  And I am going to get bacon."

2          And I said, "That's fine -- I mean --

3  if you want to eat it."

4          So I said that in that -- in that sense.

5  Mr. Schoenfeld -- I like him very much.

6          Okay?

7          Because he was able to be very, very funny

8  into all his issues.  I mean he was a sick man.

9          Okay?

10          And he was always making fun of that,

11 and, "I am going to be better, and, if not, it's

12 okay."

13          I mean so I like him very much,

14 but I don't think that he was able to understand

15 all his medical issues and what he had to do.

16          I think that at times he thought that

17 we did too much for him.  I think that at times he

18 was a -- "Leave me alone.  I don't want anything

19 else," or, "Okay.  I know I'm sick.  Leave me

20 alone."

21          So -- but I did not say that in a --

22 in a sense that I knew which are going to be his --

23 his other decisions to make due to the fact that

24 I always saw him with such family support --

25 okay -- that I didn't think that the decisions were

1 decisions in regards that he's not going to be able

2 to make decisions in the sense that someone else is

3 going to make the decision for him.

4          "You need to go to the doctor, and you are

5 going to go.  If you don't, well, I'm sorry if you

6 do not want to go -- if you don't feel so -- if you

7 don't want this."

8          So that is what I meant more so than

9 anything else, and, again, since I saw him for the

10 last time, I don't think that he was able to make

11 any decisions at that time whatsoever due to the

12 fact that he was so physically sick that we were

13 maintaining his well-being in a percent.

14     Q     Okay.  In terms of the really basic

15 decisions, would this then opinion encompass the

16 decisions necessary to execute a will?

17          So, for instance, do you think that he was

18 aware of who the natural beneficiaries of his

19 bounty would be?

20     A     Initially, I think so.  By -- by the end,

21 I don't know.  I don't -- I don't think so.

22 But, initially, I thought that -- I think that he

23 was -- that -- that he was a person -- that he went

24 through so much in life that he was able to

25 understand what he had done, what he had and what

1  he want to do with what -- with what he had.

2          After he was having all the medical

3  problems and issues, he declined.  I know that,

4  and I don't know if he -- if he knew afterwards.

5  I don't know.

6      Q    Okay.

7      A    At first, I think so.

8      Q    You go on and say that, "... he has not

9  been capable of making decisions or maintaining his

10 own care."

11         What functions are you referring to

12 there?

13     A    Okay.  That he was not -- he -- he was not

14 able to walk.  He was not able to go to the

15 bathroom by -- by himself.  He was not able to

16 shower or bathe by himself.

17         The last time I think that he was able to

18 feed himself, but I think that he -- he did require

19 assistance.

20         So I think that, at that time, he was

21 almost having 100 percent of care at home.

22     Q    And you say, "at that time," you're

23 referring to around 2012 and this notice?

24     A    Yes.

25         Well, again, he was going downhill

1  slowly since I saw him initially.

2      Q     Just to get a better sense, it sounds like

3  you saw him somewhat infrequently.

4            Would you say that you saw him more in

5  the beginning --

6      A     Yeah --

7      Q     -- or more in the end?

8      A     -- no.  Initially, I saw -- I saw him --

9  maybe I saw him every four months or every six months,

10 and, also, every time that he had to be in the ER

11 or he had to go to the hospital for what- --

12 whatever issue, I was asked to go and see him and

13 evaluate him.

14           Most of the time it was nothing in my field.

15           Okay?

16           Most of the time I went just as support.

17           Okay?

18           "Just let me look into all the --

19 the medications or what we need to do or if --

20 if we are going to need physical therapy,

21 occupational, speech or what or whatever or if we

22 need to add now a CAT scan of the head or an MRI."

23           But I don't think that I was one of the --

24 one of the main physicians attending.

25           But, after he was not able to walk at

Atkinson-Baker Court Reporters
www.depo.com

1  all -- I mean nothing, nothing -- I did not see him

2  after.  I see him very seldom and occasionally in

3  the ER -- I'm sorry -- in the hospital.

4       Q    And, in the hospital, you mentioned

5  primarily that he was being treated for infections?

6       A    Yeah -- infections or heart issues.

7       Q    Okay.

8       A    As a matter of fact, I -- I think now --

9  now I remember that he was once in ICU, and he was

10  intubated because he -- he was having issues

11  breathing.  And he was intubated, and he was in ICU

12  for -- for a long time.

13            But, as I said, I just saw him because

14  I was asked to go and see him, but it was nothing

15  happening in my -- in my area.  It was some other

16  cardiac or pulmonary issues, infections.

17            MS. POWELL:  Thank you.  That's all the

18       questions I have for this document.

19            COURT REPORTER:  Thank you.

20            MS. POWELL:  Would you mark this as

21       Exhibit 2?

22            COURT REPORTER:  Yes.  This is 2.

23            (Whereupon, a letter from Ronald A.

24       McBride, EA, to Mr. Ken Chatham, Manager,

25       dated August 24, 2012, last-above referred to

1        was marked for identification as Plaintiff's

2        Exhibit No. 2.)

3   BY MS. POWELL:

4        Q     This is a three-page document signed by

5   Ron McBride with South Beach Tax letterhead.

6              Dr. Jorquera, have you ever seen this

7   document before?

8        A     No.

9        Q     Are you familiar with South Beach

10  Tax & Financial Services?

11       A     No.

12       Q     When is this document dated?

13       A     It's in August 24 of 2012.

14       Q     And, who is it addressed to?

15       A     Who's -- it's Mr. Ken Chatham, Manager,

16  Internal Revenue Service, 400 West Bay Street --

17  in regards of Steven Schoenfeld -- Tax 2006, 2007,

18  2008 and 2009.

19       Q     Thank you.

20             Were you aware, in 2012, that

21  Steven Schoenfeld was having some issues with the

22  IRS?

23       A     No.

24       Q     Were you aware that Steven Schoenfeld

25  had a foreign bank account?

```
 1      A     No.

 2            Good for him.

 3      Q     Would you turn to the last page of the

 4 document, please.

 5      A     Sure.

 6      Q     Okay.  At the top of the page, it reads,

 7 "Dr. Ana Jorquera has been treating --"

 8      A     "... Mr. Schoenfeld since -- since 2002,

 9 her letter is attached."

10      Q     -- yes.

11            And, did you know that your letter was

12 turned over to the IRS?

13      A     No.

14            MS. POWELL:  Thank you.  Okay.

15            That's all the questions I have about

16      that document as well.

17            Okay.  Would you mind if we took a short

18      break?

19            COURT REPORTER:  No.

20            MS. POWELL:  Dr. Jorquera, I'm just going

21      to read through my notes.  I think I'm almost

22      done.

23            (A recess was taken.)

24            (The recess concluded.)

25            MS. POWELL:  We can go back on the record.
```

```
1              COURT REPORTER:  Okay.

2              MS. POWELL:  Okay.  I have just a couple

3     quick questions.

4  BY MS. POWELL:

5       Q    Did you meet with Robert Schoenfeld ahead

6  of your deposition today?

7       A    No.

8       Q    Did you talk to him over the phone --

9       A    No --

10      Q    -- about your deposition?

11      A    -- I would not.

12      Q    And, did you talk to Mr. Bonnette ahead

13 of your deposition?

14      A    No.  I would not.

15             MS. POWELL:  That's all I have,

16    and I appreciate your time.

17                  CROSS-EXAMINATION

18 BY MR. BONNETTE:

19      Q    May I call you, "Dr. Ana"?

20      A    Yes, sir.

21      Q    Dr. Ana, good morning.

22      A    Good morning.

23      Q    Thank you for being here today for your

24 deposition.  I don't have much, but I just want one

25 little clarification.
```

Atkinson-Baker Court Reporters
www.depo.com

1          You mentioned that -- Ms. Powell asked

2  you, "Could he execute a will?  Did he have the

3  mental capacity to execute a will?"

4          And I think you said, "Early on, yes,

5  but he declined overtime."

6      A    Yeah.

7      Q    Is that right?

8      A    (nodded head affirmatively)

9      Q    So early on would have been around 2002;

10 is that right?

11     A    2002 until maybe I would say -- it's

12 that -- it's that I don't have any access to my

13 notes.  So I cannot assess.

14          I think that he was able to execute a

15 little, at first, and maybe, in the following five

16 or six years.

17          I think that a will is not -- is not

18 complicated, especially now, and I think that he

19 was smart.  He was sharp, at first.

20          Okay?

21          And, also, I think that he had the help

22 of his son.

23     Q    I see.

24     A    So I think that with maybe -- if it was

25 some issues, I think that his son was able to help

1   into that.

2        Q      I see.  Okay.  But, certainly, by 2011 --

3        A      2011 -- yeah --

4        Q      -- he could not.

5        A      -- I don't think so.

6        Q      Okay.  Ms. Powell asked you if you

7   performed any cognitive testing.

8        A      Right.

9        Q      And you didn't.  I believe your testimony

10  was you did not.

11       A      I did not.

12       Q      Did you need to?

13       A      Okay.  Do I need to?

14              Did -- did I need to?

15              I don't think I need that at first

16  initially, because I don't think that the dementia

17  was an issue at first, initially, when I saw --

18  I saw him.  I don't -- I don't think so.

19              I think that he was having memory and also

20  cognitive issues later on more so, but, once again,

21  he did not have such English fluency in the sense

22  that I was interested in finding out about if he

23  had a will or not.

24              And I don't think that by 2002 we would

25  require at the hospital -- I don't think so --

Atkinson-Baker Court Reporters
www.depo.com

1  I might be wrong -- but I don't think so -- that we

2  were required to ask,  "Do you have a will?"

3          Now we do.

4      Q    I see.

5      A    Now everybody has -- has to sign saying,

6  "Yes," or, "No."

7          And, if you do, we need to have that.

8          In 2002, I don't recall that if that was a

9  requirement, and I don't think then my issue with him

10  was dementia at first.

11          Okay?

12          I do not think so.  I got into it after

13  I was finding out with the family and at the

14  hospital and asking him a question, and then he

15  answer me.

16          And then I was asking him the same thing,

17  and he was not able to remember what I was asking.

18          It was later on when that was a big --

19  a big issue more so than at that -- at the onset.

20          Again, you are going to have memory issues,

21  and you are going to have dementia every time that

22  you are going to have congestive heart failure or

23  you have a TIA, that you have Lacunar infarct,

24  cereberal vascular accident, poor oxygenation.

25          That -- each and all of them are going to

Atkinson-Baker Court Reporters
www.depo.com

```
 1  affect your memory and your cognition.
 2          MR. BONNETTE:  Thank you.  Dr. Ana,
 3      I think that's all I have for you.
 4          Thank you.
 5          THE WITNESS:  Okay.
 6          COURT REPORTER:  Read or waive?
 7          MS. POWELL:  I'm sorry?
 8          COURT REPORTER:  Do y'all do read or
 9      waive?
10          MS. POWELL:  Yes, we do.
11          MS. BONNETTE:  Yes.
12          Dr. Ana, I know you've had your deposition
13      taken before, but let me just explain one
14      thing.
15          As a person being deposed, you are permitted
16      to read --
17          THE WITNESS:  I know.
18          MR. BONNETTE:  -- you can read, or you can waive
19      it.
20          Which would you prefer?
21          THE WITNESS:  I waive it.
22          MR. BONNETTE:  You waive.  Okay.
23      Very good.
24          COURT REPORTER:  Okay.  Thank you.
25          And, do y'all need it transcribed?
```

Atkinson-Baker Court Reporters
www.depo.com

1      MS. POWELL:  Yes.  I would like a copy,

2  please.

3      COURT REPORTER:  Okay.

4      MR. BONNETTE:  Yes.  Thank you.

5      COURT REPORTER:  Okay.  And you're

6  together.

7      MR. ST. AMAND:  We'll take an electronic

8  copy.

9      COURT REPORTER:  Okay.  Y'all want an

10  electronic.

11      MR. BONNETTE:  Please.

12      COURT REPORTER:  Is that what you want,

13  too, electronic, or do you want it printed or

14  both?

15      MS. POWELL:  I think both, please.

16      COURT REPORTER:  Okay.  You got it.

17      Thank you.

18      (witness excused)

19      (Whereupon, the taking of the deposition

20  in the above-entitled cause was concluded at

21  9:00 a.m.)

22              — — —

23

24

25

1                         CERTIFICATE OF OATH

2  STATE OF FLORIDA )

3  COUNTY OF DUVAL   )

4              I, CAROL DEBEE MARTIN, Certified Court

5  Reporter and Notary Public, State of Florida,

6  do hereby certify that DR. ANA JORQUERA personally

7  appeared before me on August 18, 2017, and was duly

8  sworn.

9

10             Dated and signed this 22nd day of

11 August of 2017.

12

13                  *Carol DeBee Martin*

                    CAROL DEBEE MARTIN
14                  Notary Public - State of Florida
                    My Commission No. GG 036930
15                  My Commission expires: 12-29-2020

16

17

18                         Notary Public State of Florida
                           Carol DeBee Martin
                           My Commission GG 036930
19                         Expires 12/29/2020

20

21

22

23

24

25

1              CERTIFICATE OF REPORTER

2 STATE OF FLORIDA )

3 COUNTY OF DUVAL  )

4          I, CAROL DEBEE MARTIN, Certified Court

5 Reporter and Notary Public, do hereby certify that

6 I was authorized to and did stenographically report

7 the deposition of DR. ANA JORQUERA; that a review

8 of the transcript was not requested; and that the

9 foregoing transcript, Pages 1 through 38, is a true

10 record of my stenographic notes.

11          I FURTHER CERTIFY that I am not a

12 relative, employee, attorney or counsel of any of

13 the parties, nor am I a relative or employee of any

14 of the parties' attorneys or counsel connected with

15 the action, nor am I financially interested in the

16 action.

17          Dated and signed this 22nd day of

18 August, 2017.

19

20          *Carol Debee Martin*
              CAROL DEBEE MARTIN

21

22

23

24

25

### Exhibits

**Dr. Jorquera, Ana August 18, 2017_Exhibit-01**

**Dr. Jorquera, Ana August 18, 2017_Exhibit-02**

### 1

**1** 21:25 22:9,13

**100** 16:9 28:21

**11** 13:9

### 2

**2** 30:21,22 31:2

**2002** 7:1,11,22 8:21 21:3 23:22 32:8 34:9,11 35:24 36:8

**2006** 31:17

**2007** 31:17

**2008** 12:11 13:25 14:4,9 16:25 31:18

**2009** 12:11 13:8,25 14:4,9 16:25 31:18

**2011** 5:12 8:7,17,21 9:4 13:11 35:2,3

**2012** 22:7 23:12 28:23 30:25 31:13,20

**22** 22:7

**22nd** 23:12

**24** 30:25 31:13

### 4

**4** 24:24

**400** 31:16

### 9

**9:00** 38:21

### A

**a.m.** 38:21

**abnormaility** 11:24

**above-entitled** 38:20

**accent** 11:4

**access** 34:12

**accident** 11:24 36:24

**account** 31:25

**acknowledgment** 21:2

**action** 4:13

**acute** 11:13

**add** 8:12 10:3 18:3 29:22

**added** 12:19 23:24

**additional** 21:14

**addressed** 23:4 31:14

**advised** 25:19

**affairs** 24:6

**affect** 12:6 14:17 37:1

**affecting** 14:15

**affirmatively** 34:8

**aging** 15:20 16:2

**ahead** 33:5,12

**alcohol** 16:3

**Alzheimer's** 15:10,17,18,20,23 16:12,22

**Amand** 4:24 38:7

**ambulate** 13:22

**Ana** 4:1,19 13:2,3 22:6 32:7 33:19,21 37:2,12

**answering** 6:19

**answers** 11:7,8

**anymore** 5:9

**appeared** 12:1

**appointment** 19:6

**appointments** 14:21 19:3

### A (continued)

**approached** 23:9

**area** 7:16 30:15

**areas** 12:5

**Aricept** 10:1,3,5 16:20

**arteries** 12:5

**assess** 34:13

**assessment** 17:11

**assistance** 28:19

**assuming** 20:21 21:10 23:11

**attached** 32:9

**attack** 24:17

**attending** 29:24

**August** 22:7 23:12 30:25 31:13

**aware** 11:16 27:18 31:20,24

### B

**back** 24:25 32:25

**bacon** 26:1

**balance** 7:21,24

**bank** 31:25

**baseline** 24:25

**basic** 27:14

**basically** 9:14 11:22

**basis** 23:16

**bathe** 28:16

**bathroom** 28:15

**Bay** 31:16

**Beach** 31:5,9

**beginning** 15:1,2,3,5 29:5

**behalf** 4:3

**beneficiaries** 27:18

**big** 36:18,19

**bit** 5:24

**Bonnette** 4:23 22:13,15 33:12,18 37:2,11,18,22 38:4,11

**bottom** 23:14

bounty  27:19
brain  12:6
break  6:16 32:18
breathing  30:11
business  19:19

**C**

call  7:7,8 24:16 33:19
called  7:6
capable  25:14 28:9
capacity  34:3
cardiac  17:5 18:5 30:16
cardiologist  18:13
care  18:8,9,16,17 21:18 23:2 28:10, 21
Carol  4:25 21:24
case  4:9
CAT  25:8 29:22
caused  12:8
cereberal  36:24
cerebral  11:23
Chatham  30:24 31:15
clarification  33:25
co-pays  21:15
cognition  37:1
cognitive  17:6,16 18:7 35:7,20
coherent  15:8
comfortable  6:3
complete  19:20 20:5 24:19 25:9
complicated  34:18
concern  22:7
concerned  18:4
concluded  32:24 38:20
condition  14:1 17:1
conditions  11:17
confusing  6:12

congestive  12:16 17:5 36:22
context  24:2
coordinate  18:8
coordination  7:21,24
copy  22:5,11 38:1,8
correct  11:14 12:11
couple  33:2
court  4:25 6:8 22:1,4,14 30:19,22 32:19 33:1 37:6,8,24 38:3,5,9,12,16
**CROSS-EXAMINATION**  33:17
curious  14:6

**D**

dated  22:7 30:25 31:12
decision  23:1 27:3
decisions  25:14,16 26:23,25 27:1, 2,11,15,16 28:9
declined  28:3 34:5
declining  23:25
dementia  10:9,19 11:1,6 15:19,23 16:2,11,12,14 35:16 36:10,21
dementias  16:24
Department  5:23
deposed  5:19 37:15
deposition  33:6,10,13,24 37:12 38:19
describe  8:19 14:1 17:1
diabetes  16:5,7
diagnosis  11:1
diffuse  11:25
DIRECT  4:6
disease  18:11
displaying  12:19
doctor  27:4
doctor's  8:10
document  21:21 22:16,20 30:18 31:4,7,12 32:4,16

documents  5:4 21:2,5,9
downhill  28:25
driving  19:16
due  14:14 15:23 26:23 27:11
duly  4:2

**E**

EA  30:24
earlier  16:19
early  34:4,9
easy  8:9 11:5
eat  25:20,24,25 26:3
effect  12:5
electronic  38:7,10,13
encompass  27:15
end  8:5 16:16 17:16 27:20 29:7
English  35:21
ER  7:2,5,10 9:1,4 11:13 20:16 29:10 30:3
Estate  4:9
estimate  13:5 25:1
et al  4:10
evaluate  29:13
evidence  11:22,23
**EXAMINATION**  4:6
excused  38:18
execute  27:16 34:2,3,14
Exelon  18:1
exercise  25:20
Exhibit  21:25 22:9,13 30:21 31:2
exhibiting  10:18
explain  37:13
expressed  23:17

**F**

fact  12:22 26:23 27:12 30:8

**failure** 12:17 17:5 36:22

**fair** 11:11

**falling** 24:21

**familiar** 5:21 31:9

**family** 20:6,9 26:24 36:13

**fashion** 23:23

**feed** 28:18

**feel** 6:2 27:6

**fiancee** 18:19

**field** 29:14

**fill** 20:24

**filled** 20:7

**final** 25:12

**Financial** 31:10

**find** 11:6 16:1 17:15

**finding** 35:22 36:13

**fine** 26:2

**fix** 18:6

**fluency** 35:21

**focused** 14:3

**follow-up** 5:11

**follow-ups** 9:14

**foreign** 31:25

**form** 20:2

**forms** 20:8

**fun** 26:10

**functions** 18:7 28:11

**funny** 15:16 26:7

**G**

**Gabapentin** 9:22,23

**general** 6:2

**get all** 24:5

**give** 24:2

**good** 32:2 33:21,22 37:23

**ground** 6:2

**guy** 15:4,16

**H**

**handling** 18:22

**happening** 30:15

**happy** 15:4

**hard** 12:7 14:4,5

**Harris** 4:23

**head** 11:20 29:22 34:8

**health** 18:9

**heart** 7:18 11:19 12:3,16 17:5 30:6 36:22

**hesitate** 6:11

**HIPAA** 21:2

**history** 19:25

**home** 8:9,15 13:20 28:21

**hospital** 12:14,24 13:2,10,20 14:23 20:15,19,20,23 29:11 30:3,4 35:25 36:14

**hour** 24:24

**hours** 24:24

**hypertension** 16:5,7

**I**

**ICU** 30:9,11

**identification** 22:8 31:1

**ill** 10:24

**impairment** 24:21

**implemented** 21:4

**independently** 13:22

**infarct** 11:24 36:23

**infarcts** 11:23

**infection** 12:15,16

**infections** 12:17 17:4 30:5,6,16

**infectious** 18:11

**information** 20:24

**infrequently** 29:3

**initial** 8:1 23:25

**initially** 11:18 15:15 23:22 27:20, 22 29:1,8 35:16,17

**injury** 15:21 16:2

**instance** 24:24 25:18 27:17

**insurance** 20:25 21:14

**intake** 16:3

**intended** 24:8

**interested** 10:24 35:22

**Internal** 31:16

**intimidated** 5:24

**introduce** 4:17

**intubated** 30:10,11

**IRS** 31:22 32:12

**ischemic** 24:17

**issue** 29:12 35:17 36:9,19

**issues** 7:15,18 8:12 9:24 10:19 11:4,13,19 12:1,4,17,19,20 14:15 15:12,13,24 16:4,5,6,11,16,17 17:5, 16,17 18:5,22 23:24 25:19 26:8,15 28:3 30:6,10,16 31:21 34:25 35:20 36:20

**items** 23:4

**J**

**J-O-R-Q-U-E-R-A** 4:20

**Jorquera** 4:1,19 5:3 6:21 22:6,19 31:6 32:7,20

**Justice** 5:24

**K**

**Kari** 4:12

**Ken** 30:24 31:15

**kind** 6:1 19:23 25:16

**knew** 15:5 26:22 28:4

**L**

**Lacunar** 11:24 36:23
**last-above** 22:7 30:25
**Leave** 26:18,19
**legs** 11:19
**letter** 22:5 23:4 24:11 30:23 32:9, 11
**letterhead** 31:5
**life** 27:24
**long** 11:7 23:20 30:12
**long-term** 14:8,18
**lose** 25:20
**lot** 7:12,14,17 13:17,19 14:13,16 25:3
**Luke's** 7:3

**M**

**M.D.** 22:6
**main** 29:24
**maintaining** 23:1 27:13 28:9
**make** 6:2 9:16 11:16 23:1 26:23 27:2,3,10
**makes** 25:11
**making** 25:14 26:10 28:9
**man** 26:8
**managed** 21:17
**Manager** 30:24 31:15
**mark** 21:25 30:20
**marked** 22:8 31:1
**Martin** 4:25
**matter** 12:22 30:8
**Mcbride** 30:24 31:5
**means** 16:10
**meant** 27:8
**medical** 12:19 17:17 18:5,22 19:24 23:24 25:19 26:15 28:2

**Medicare** 21:13
**medication** 9:23 17:19 18:1
**medications** 9:14,19,20 10:8 14:16 16:15 17:23,25 19:4,25 29:19
**meet** 33:5
**meeting** 8:1
**Memorial** 13:10
**memory** 10:9,19 11:3 14:7,18 15:12 16:18 35:19 36:20 37:1
**mental** 12:20 16:17 17:1 34:3
**mentally** 24:1
**mentioned** 11:15 16:19 30:4 34:1
**met** 10:17 19:16
**mind** 32:17
**mine** 23:15
**mobile** 13:18
**monitor** 9:11
**months** 9:8 29:9
**morning** 33:21,22
**MRI** 29:22
**MRIS** 20:23 25:7

**N**

**Namenda** 10:2,3,5 16:20
**natural** 27:18
**nature** 8:19
**nerves** 9:24
**neurologist** 4:20
**neuropathy** 9:24
**neuropsychological** 17:11
**nice** 15:15
**nodded** 34:8
**note** 23:17 24:3,7
**notes** 32:21 34:13
**notice** 28:23
**number** 25:4,7

**numbness** 24:22
**nursing** 8:15

**O**

**oath** 4:4 6:6
**occasionally** 19:10 30:2
**occasions** 13:21
**occupational** 29:21
**office** 8:10,25 9:5 19:3 20:13
**one-page** 22:16
**onset** 36:19
**opinion** 22:25 25:13 27:15
**opinions** 23:16
**options** 17:24
**order** 24:6
**ordered** 16:23
**OT** 19:4
**overtime** 34:5
**oxygenation** 36:24

**P**

**P-E-L-L-A** 18:11
**paid** 21:13,15
**pain** 9:24
**paperwork** 19:21,23
**past** 15:13 19:24
**patient** 8:2 20:22 23:5 25:13
**patients** 13:17 19:20 20:5 21:1
**pay** 21:11
**percent** 16:9 27:13 28:21
**perform** 17:6
**performed** 35:7
**period** 13:25 17:1
**permitted** 37:15
**person** 18:17 27:23 37:15

**pharmacy** 19:4

**phone** 33:8

**physical** 13:19 14:1,15 29:20

**physically** 10:23 23:25 27:12

**physicians** 29:24

**pills** 16:19

**plaintiff** 4:3

**Plaintiff's** 22:9 31:1

**pleasant** 15:16

**point** 6:16

**policies** 5:17

**poor** 36:24

**Powell** 4:7,12,16 5:1,2 21:24 22:3, 10,17,18 30:17,20 31:3 32:14,20,25 33:2,4,15 34:1 35:6 37:7,10 38:1,15

**prefer** 37:20

**prepraration** 5:4

**present** 7:10 19:5

**presented** 11:13

**prevent** 6:18

**primarily** 30:5

**printed** 38:13

**privileges** 19:16

**problems** 28:3

**produced** 4:2

**profession** 19:20

**progress** 9:12

**providers** 18:9

**PT** 19:4

**pulmonary** 30:16

**purpose** 14:20 24:8

**put** 22:1

**Q**

**question** 36:14

**questions** 6:5,12,19 21:22 30:18 32:15 33:3

**quick** 33:3

**R**

**range** 12:11

**read** 32:21 37:6,8,16,18

**reads** 32:6

**recall** 7:22 9:9,10 11:3,18 17:9,13 18:23 19:17 23:9 24:4 36:8

**recalling** 7:19 15:13

**recess** 32:23,24

**recognize** 12:24 22:19

**record** 4:8,18 32:25

**records** 5:9

**recurring** 9:11

**referred** 22:8 30:25

**referring** 25:16 28:11,23

**regular** 5:17

**rehab** 13:20

**related** 5:9

**relationship** 8:4,20

**remember** 7:12,17 10:16,20,22 11:10 12:13,20 14:12 30:9 36:17

**rephrase** 6:13

**reporter** 4:25 6:8 22:1,4,14 30:19, 22 32:19 33:1 37:6,8,24 38:3,5,9, 12,16

**represent** 4:12

**require** 28:18 35:25

**required** 19:20 21:6 36:2

**requirement** 36:9

**resolve** 24:22

**respond** 17:22

**responding** 4:4

**responsible** 19:3

**responsive** 17:19

**result** 17:17

**results** 12:2

**retention** 5:17

**Revenue** 31:16

**reviewed** 5:3

**Robert** 4:21 24:2 33:5

**Ron** 31:5

**Ronald** 30:23

**room** 4:17 13:2

**rules** 6:2

**S**

**S-C-H-O-E-N-F-E-L-D** 4:22

**s-t-r-o-k-e** 11:25

**S-U-S-A-N** 18:24

**scan** 29:22

**scans** 25:8

**scheduled** 9:11

**Schoenfeld** 4:10,21 6:22 8:5,20 10:18 11:12 12:10 17:18 19:5,15 20:7 21:8,11 22:10,12 24:2 26:5 31:17,21,24 32:8 33:5

**Schoenfeld's** 18:20 21:18 22:24 24:6

**Scott** 4:24

**seldom** 30:2

**senile** 15:20,23 16:12

**sense** 8:22 9:16 25:11 26:4,22 27:2 29:2 35:21

**sentence** 25:12

**Service** 31:16

**services** 21:12 31:10

**set** 6:1

**sharp** 34:19

**short** 11:8 32:17

**short-term** 14:17

**show** 21:22

**shower** 28:16

**sick** 23:20 26:8,19 27:12

side 19:19
sign 20:5 21:1,6 36:5
signature 23:13
signed 21:8 31:4
significant 18:19
signs 24:18
similar 10:6
sir 33:20
slow 23:23
slowly 29:1
smart 34:19
son 18:20 19:11 21:20 22:24 23:6,7 34:22,25
sooner 18:6
Sotolongo 18:14
sounds 29:2
South 31:5,9
speak 6:15
specific 24:7
specifically 23:3
speech 24:20 29:21
St 4:24 7:3 38:7
stable 14:1 17:2
standpoint 9:17 10:25
start 10:2,11 14:8
state 14:6
States 4:9,13
Steven 4:10 6:22 8:20 10:18 11:12 12:10 17:18 19:5,15 20:7 21:8,11, 17 31:17,21,24
sticker 22:1
Street 31:16
stroke 12:2 24:18 25:10
strokes 11:25
support 26:24 29:16
surely 23:23
Susan 18:24 19:1,10 21:19

sworn 4:2
symptoms 7:23 10:6 24:18,20

**T**

takes 20:19
taking 6:8 38:19
talk 18:11,12 33:8,12
Tax 31:5,10,17
terms 27:14
testified 4:4
testimony 5:4 6:9 35:9
testing 17:6 35:7
therapy 13:20 29:20
thing 36:16 37:14
things 12:21
thought 26:16 27:22
three-page 31:4
TIA 24:15 25:9 36:23
TIA's 24:12
TIAS 25:1
time 7:1,4,9 8:7 9:3 12:12 17:7 18:13,17 20:12 23:18,20 25:7 27:10,11 28:17,20,22 29:10,14,16 30:12 33:16 36:21
times 11:5 12:13,23 13:4,6 14:10, 11,24 18:12,21 26:16,17
today 4:14 5:4 6:19 33:6,23
top 32:6
transcribed 37:25
transient 24:17
treat 10:5 11:17 16:22
treated 12:10 30:5
treating 32:7
trial 6:6
turn 32:3
turned 32:12
turning 19:19 24:11 25:12

type 15:20 16:12
typically 11:12

**U**

Uh-huh 5:18
understand 6:7 13:16 14:20,22 26:14 27:25
understanding 6:19
United 4:9,13

**V**

vascular 7:18 11:19,23,24 12:1,4 15:20 16:4,5,6,11 18:5 36:24
versa 10:4
versus 4:9
vice 10:4
Vincent's 7:3
visits 9:11
visual 24:21

**W**

waive 37:6,9,18,21,22
walk 28:14 29:25
walker 13:24
wanted 21:21 24:3,5
weakness 7:21,23 24:21
weight 25:20
well-being 27:13
West 31:16
what- 29:11
whatsoever 27:11
word 6:9
work 7:5
worse 17:3 23:23
writing 22:24
wrong 7:19 36:1

### X

**X-RAYS** 20:23

### Y

**y'all** 37:8,25 38:9

**year** 13:5

**years** 19:18 23:18 25:6 34:16