THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No. 3:16-cv-01248-MMH-PDB |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ROBERT SCHOENFELD, a distributee of the ESTATE OF STEVEN SCHOENFELD, | )<br>)<br>) |
| Defendants. | )<br>) |

## UNITED STATES' UNOPPOSED MOTION TO LIFT STAY

The United States moves the Court to lift its stay for the limited purpose of allowing the United States to file a motion seeking sanctions under Federal Rule of Civil Procedure 37 and the Court's inherent authority. While this case was stayed, Defendant took actions outside of the bounds permitted by the Court and we learned that he has seriously violated the rules of discovery. We ask for the opportunity to present these newly discovered violations to the Court and seek sanctions against Defendant. In support of this motion, we state as follows:

1. The Court held a final pretrial conference in this action on July 29, 2019. Doc. No. 104. There, the Court canceled the trial set for August 7, 2019 and stayed this case except for certain specified actions including (1) amending pleadings for the purpose of "present[ing] [an] agency theory" and (2) taking limited discovery regarding Susan Brubaker, an undisclosed witness who Defendant claimed was crucial to his case; Dr. Ana Jorquera, a defense witness whose deposition testimony was difficult to understand; and the defense's theory that Robert Schoenfeld, not Steven Schoenfeld, took actions relevant to this case. Doc. No. 105, at 2.

2. Defendant violated this stay order by taking actions outside of the limited grounds delineated by the Court. In the days following the pretrial conference, Defendant requested and acquired thousands of pages of Steven Schoenfeld's medical records from facilities in the greater Jacksonville area. He did so without the Court's permission.

3. For the duration of this case, Defendant has disclaimed having control over any medical records.

4. Among these undisclosed records are documents that are responsive to the United States' discovery requests issued more than 2 years ago. Defendant did not supplement his discovery responses to account for these records or otherwise notify the United States of his acquisition of them. Instead, he kept them secret.

5. We first learned of the records during the deposition of Dr. Ana Jorquera, when Defendant's counsel used one as an exhibit in a failed attempt to refresh Dr. Jorquera's recollection as to whether she ever diagnosed Steven Schoenfeld with dementia. After being questioned on the document's origins, Defendant's counsel eventually conceded that it was one of many that he directed his client to locate after the final pretrial conference.

6. In the days after Dr. Jorquera's deposition, Defendant's counsel provided us with copies of over 7,400 pages of previously undisclosed medical records. Defendant's counsel did not direct our attention to a single page. He maintains that none are responsive to our discovery requests. We have conducted our own review and determined that this is demonstrably false. Not only are there records that are plainly responsive to the United States' discovery requests, but some flatly contradict Defendant's claim that Steven Schoenfeld was mentally incompetent.

7. The United States will be severely prejudiced if Defendant is permitted to proceed forward to trial without recourse for his egregious violations of this Court's order and the Federal Rules of Civil Procedure.

8. Counsel for the United States conferred with Defendant's counsel, Harris Bonnette, about the relief requested herein. He does not oppose our request to lift the stay.

WHEREFORE, the United States respectfully asks the Court to lift its stay to provide the United States the opportunity to present the facts of Defendant's violations to the Court and request just sanctions against him.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

*/s/ Kari A.R. Powell*
KARI A.R. POWELL
ROBERT S. SILVERBLATT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-514-6068 (v)
202-514-4963 (f)
Kari.Powell@usdoj.gov
Robert.S.Silverblatt@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been electronically filed this 20th day of September 2019 with the Court via CM/ECF, which will serve an electronic copy on all counsel of record.

*s/ Kari A.R. Powell*
KARI A.R. POWELL
Trial Attorney