**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
                                              Case No. 3:16-cv-1248-J-34PDB

ROBERT SCHOENFELD, a distributee of
the Estate of Steven Schoenfeld,

    Defendant.
_____/

# ORDER

**THIS CAUSE** is before the Court on the United States' Unopposed Motion to Lift Stay (Dkt. No. 113; Motion) filed on September 20, 2019. In the Motion, the United States requests that the Court lift the stay for the limited purpose of allowing the United States to file a motion for sanctions. See generally Motion. Counsel for the United States represents to the Court that counsel for Defendant does not oppose the request to lift the stay. See id. at 3. After due consideration, it is

**ORDERED:**

1. The United States' Unopposed Motion to Lift Stay (Dkt. No. 113) is **GRANTED** only to the extent that Plaintiff is permitted to file its motion related to the alleged discovery violations, and Defendant is permitted to file a response.

2. Otherwise, the stay remains in place.

3.  Plaintiff shall have up to and including **October 4, 2019**, to file its motion, and Defendant shall file a response no later than **October 15, 2019**.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of September, 2019.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record